1  Michele R. Stafford, Esq. (SBN 172509)
   Muriel B. Kaplan, Esq. (SBN 124607)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   mstafford@sjlawcorp.com
5  mkaplan@sjlawcorp.com

6  Attorneys for Plaintiffs

10              UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al. | Case No.: C12-6162 MMC |
|---|---|
| Plaintiffs, | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER THEREON** |
| v. | |
| RHODES PAINTING & DECORATING, INC. *aka* RHODES PAINTING, a California Corporation; and LANETT FERGUSON, an Individual, | Date: ~~March 8, 2013~~ |
| | Time: 10:30 a.m. |
| Defendants. | Ctrm: 7, 19th Floor, San Francisco, CA |
| | Judge: The Honorable Maxine M. Chesney |

20     Plaintiffs herein respectfully submit their Case Management Statement, requesting that the Case Management Conference, currently on calendar for March 8, 2013 be continued for 90-120 days.

23     1.     As the Court's records will reflect, a Complaint was filed in this matter on December 5, 2012, to compel Defendants' compliance with the terms of their Collective Bargaining Agreement, by paying contributions known to be due and complying with a requested audit.

27     2.     Service on Defendants was effectuated on December 19, 2012, and a Proof of Service of Summons was filed with the Court on January 2, 2013 [Dkt. No. 10].

-1-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C12-6162 MMC**

3. On January 17, 2013, the Court entered the default of Defendants [Dkt. No. 12].

4. To date, Defendants have failed to plead or otherwise defend or appear in this action.

5. In accordance with the Collective Bargaining Agreement to which Defendants are signatory, the Trust Funds are currently conducting an audit of Defendants' records to determine and confirm reporting and compliance with the Collective Bargaining Agreement to which they are bound. [*See also* Complaint, ¶19 and Complaint, Prayer ¶2.] The audit report is expected to be completed by or about the end of April 2013. Once the auditor has completed their report, Plaintiffs will prepare and file a Motion for Default Judgment with the Court.

6. There are no issues that need to be addressed at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for March 8, 2013, be continued for 90-120 days, or to coincide with the date to be set for the Motion for Default Judgment.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 26th day of February, 2013, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:  /S/Michele R. Stafford
     Michele R. Stafford
     Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to  June 7, 2013, at 10:30 a.m.  . All related deadlines are extended accordingly.


Date:  February 27, 2013

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT

-2-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C12-6162 MMC
P:\CLIENTS\PATCL\Rhodes Painting\Pleadings\2012 Action\C12-6162 MMC CMC Continuance Request 022613.DOC