1  Michele R. Stafford, Esq. (SBN 172509)
   Muriel B. Kaplan, Esq. (SBN 124607)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   mstafford@sjlawcorp.com
5  mkaplan@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  BAY AREA PAINTERS AND TAPERS          Case No.:  C12-6162 MMC
    PENSION TRUST FUND, et al.
11                                         **REQUEST TO CONTINUE CASE**
          Plaintiffs,                      **MANAGEMENT CONFERENCE;**
12                 v.                       **PLAINTIFFS' CASE MANAGEMENT**
                                           **CONFERENCE STATEMENT;**
13  RHODES PAINTING & DECORATING,          **[PROPOSED] ORDER THEREON**
    INC. *aka* RHODES PAINTING, a
14  California Corporation; and LANETT      Date:   ~~June 14, 2013~~
    FERGUSON, an Individual,               Time:  10:30 a.m.
15                                          Dept.: 7, 19th Floor, San Francisco, CA
          Defendants.                      Judge: The Honorable Maxine M. Chesney
16

17

18         Plaintiffs herein respectfully submit their Case Management Statement, requesting that the

19  Case Management Conference, currently on calendar for June 14, 2013 be continued for 60-90

20  days. Good cause exists for the continuance, as follows:

21         1.      As the Court's records will reflect, this action was filed on December 5, 2012.

22  Service on Defendants was effectuated on December 19, 2012, and A Proof of Service of

23  Summons on was filed with the Court on January 2, 2013 [Dkt. #10]. Defendants failed to plead or

24  otherwise respond to the lawsuit, and the Clerk entered default as to both Defendants on January

25  17, 2013 [Dkt. #12].

26         2.      As permitted by the Collective Bargaining and Trust Agreements, Plaintiffs

27  conducted an audit of Defendants' payroll records for the time period October 1, 2009 through

28  December 31, 2012. The Court continued the previous Case Management Conference to allow

-1-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C12-6162 MMC**

1    time for the auditors to review the audit and complete their report. The auditors were experiencing

2    difficulty in obtaining documents.

3         3.    Since then, the auditors completed a draft report on or about May 29, 2013, which

4    was sent to Defendants today for review. If Defendants do not contest the audit, the report will be

5    considered final, and payment shall be due within ten (10) days of the date the audit is billed.

6         4.    Should Defendants disagree with the findings, the Trust Funds' policies allow

7    Defendants until June 18, 2013, two weeks following the date the report was sent, to submit a

8    written statement of contention, together with all documentation necessary to support Defendants'

9    position. If the audit is contested, and Defendants provide documentation in support of the dispute,

10   Defendants shall be notified as to whether revisions will be made to the audit. If revisions are not

11   made, payment will be immediately due. If revisions are made to said audit as a result of the

12   dispute, payment in full of the revised amount shall be due within ten (10) days of the revised

13   billing.

14        5.    Based on the foregoing, Plaintiffs respectfully request that the Case Management

15   Conference, currently scheduled for June 14, 2013, be continued for 60-90 days to allow time for

16   the audit to be finalized, and for the parties to discuss payment of all amounts due. If Defendant

17   does not agree to a payment plan, a Motion for Default Judgment will be filed.

18        I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above

19   entitled action, and that the foregoing is true of my own knowledge.

20        Executed this 4th day of June, 2013, at San Francisco, California.

21                                    SALTZMAN & JOHNSON
                                      LAW CORPORATION
22
                                      By: _____/S/_____
23                                       Michele R. Stafford
                                         Attorneys for Plaintiffs
24   IT IS SO ORDERED.

25   Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management

26   Conference is hereby continued to Sept. 13, 2013. All related deadlines are extended accordingly

27   Date:   June 10, 2013                        _____
                                                  THE HONORABLE MAXINE M. CHESNEY
28

-2-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C12-6162 MMC**